[No. 46114-1-I.   Division One.   October 8, 2001.]

RUDOLPH ELMER, ET AL., *Appellants*, v. KING COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-28280-2, Richard A. Jones, J., entered January 20, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 47288-7-I.   Division One.   October 8, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SHUPE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05756-4, Patricia H. Clark, J., entered August 14, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Coleman and Ellington, JJ.

[No. 47383-2-I.   Division One.   October 8, 2001.]

DGHI ENTERPRISES, *Appellant*, v. MICHAEL R. UKENA, ET AL., *Defendants*, JOHN A. TAYLOR, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 93-2-05194-8, Peter D. Jarvis, J., entered January 21 and March 16, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kennedy, J., concurred in by Coleman and Ellington, JJ.

[No. 19450-7-III.   Division Three.   October 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. EVELINE URSULA PEDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 99-1-00090-3, Rebecca M. Baker, J., entered June 29, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.